```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__04/02/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIO MARCELO FLORES, Individually and
on Behalf of Others Similarly Situated,

　　　　　　　　　　Plaintiff,

-against-

PIZZA PETE'S LLC, d/b/a PIZZA PETE'S, et al.,

　　　　　　　　　　Defendants.

---

23-CV-06431 (MMG) (OTW)

**NOTICE OF
REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

　　　This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any date, deadline, conference, or oral argument before or directed by Magistrate Judge Wang, including the Initial Pretrial Conference scheduled for April 4, 2024, will proceed as ordered, and any application related to those matters should continue to be directed to Magistrate Judge Wang.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: April 2, 2024
　　　　New York, New York

　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　MARGARET M. GARNETT
　　　　　　　　　　　　　　United States District Judge