UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AURELIO MARCELO FLORES, et al., :
:
                Plaintiffs, :        23-CV-6431 (JHR) (OTW)
:
              -against- :
:        **ORDER**
:
PIZZA PETE'S LLC, et al., :
:
              Defendants. :
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 38 and 39. The parties are directed to meet and confer one more time. If Plaintiff still wishes to file a motion to compel, the following briefing schedule will apply:

- Plaintiff will file a letter brief of up to three pages, single-spaced, on the docket, by **August 15, 2024**.

- Defendant's opposing letter brief, also limited to three pages, single-spaced, if any, will be due **August 22, 2024**.

- There shall be no replies.

The parties are directed to review my Individual Practices as well as Fed. R. Civ. P. 37(a)(5). If no motion to compel is filed by **August 15, 2024**, the Court will consider the request for a pre-motion conference withdrawn.

        **SO ORDERED.**

                                                                                      */s/ Ona T. Wang*

Dated: August 7, 2024                                                  **Ona T. Wang**
      New York, New York                                     United States Magistrate Judge