**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
AURELIO MARCELO FLORES, et al.,                  :
                                                 :
                    Plaintiffs,                  :          23-CV-6431 (JHR) (OTW)
                                                 :
            -against-                            :          **ORDER**
                                                 :
PIZZA PETE'S LLC, et al.,                        :
                                                 :
                    Defendants.                  :
                                                 :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 41 and 42.

In a letter filed August 1, 2024, Plaintiff requested a pre-motion conference to discuss Defendants' failure to provide any response to Plaintiff's discovery demands.  (ECF 38). Defendants responded on August 5, 2024, stating in sum and substance, "Defendants cannot locate records of Plaintiff's employment."  (ECF 39).

On August 7, 2024, the Court (1) directed the parties to meet and confer one more time, and (2) issued a briefing schedule for Plaintiff's motion to compel.  In accordance with the Court's order, the parties filed letter briefs on August 13, 2024 (ECF 41) and August 22, 2024 (ECF 42).  In their opposition, Defendants stated that, as of the date of their correspondence, Defendants had responded to Plaintiff's discovery requests and had located and produced the records that Plaintiff had requested.  (ECF 42).

Accordingly, Plaintiff's motion to compel is **DENIED** as moot.

The Clerk of Court is respectfully directed to close ECF Nos. 38 and 41.

**SO ORDERED.**


_/s/ Ona T. Wang_

Dated: September 5, 2024                               **Ona T. Wang**
       New York, New York                    United States Magistrate Judge