**MEMO ENDORSED.**



Via ECF Filing
Honorable Ona T. Wang
United States District Court
Southern District Of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

January 4, 2025

Re:  Flores et al v. Pizza Pete's LLC et al
     Case No.: 1:23-cv-06431-MMG-OTW

Dear Magistrate Judge Ona T. Wang:

    I represent the Defendants in the above-mentioned matter, and I submit this letter motion seeking an adjournment of the in-person post discovery conference scheduled for January 7, 2025, at 10 a.m. Your Honor scheduled the conference on December 11, 2024. (See Docket No. 44). I have a deposition scheduled at the same time as the post discovery conference and will be unable to attend. This is the first request for an adjournment of a conference in this matter. I have contacted opposing counsel and they have consented to this adjournment. We are available for the conference on the following alternative dates: January 20, 2025, and January 24, 2025.

    I thank your Honor for the time taken to review this request.

Respectfully submitted,

/s/ Mitchell Segal
_____
Mitchell Segal

**Application GRANTED. The conference is ADJOURNED to January 28, 2025, at 12:30 p.m.**

**SO ORDERED.**

Ona T. Wang              Jan. 6, 2025
U.S.M.J.

Long Island Office
1129 Northern Boulevard, Suite 404, Manhasset, N.Y. 11030

New York City Office
137 Fifth Avenue, 9th Floor, New York, N.Y. 10010

msegal@segallegal.com   (212) 388-9444   (516) 415-0100   800-700-CASE   (516) 706-6631   www.segallegal.com