**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
AURELIO MARCELO FLORES, et al., :
: 
                Plaintiffs, :     23-CV-6431 (JHR) (OTW)
:
           -against- :     **ORDER**
:
PIZZA PETE'S LLC, et al., :
:
                Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

A post-discovery conference was held in this matter on Tuesday, January 28, 2025.

For the reasons discussed at the conference, this case is **STAYED** until **Friday, March 28, 2025**, without prejudice to extension pending mediation.

The parties are directed to file a letter by **Friday, March 28, 2025**, updating the Court regarding the status of mediation. The parties' letter should not include any confidential settlement information, but should (1) note whether the parties need more time to mediate the case, and (2) provide an approximate date by which the parties will be trial ready.

      SO ORDERED.

Dated: February 4, 2025                              _/s/ Ona T. Wang_
       New York, New York                          **Ona T. Wang**
                                                                   United States Magistrate Judge