Case 1:23-cv-06431-MMG-OTW   Document 53   Filed 02/26/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

AURELIO MARCELO FLORES,
*individually and on behalf of others similarly situated,*

                *Plaintiff*,

-against-

PIZZA PETE'S LLC (D/B/A PIZZA PETE'S) and
FRANK LIBRETTA,

                *Defendants*,
-----------------------------------------------------------------X

Civil Action No. **1:23-cv-06431-MMG-OTW**

[Proposed Form Of] **JUDGMENT**

## JUDGMENT

On February 26, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, AURELIO MARCELO FLORES, have judgment against PIZZA PETE'S LLC (D/B/A PIZZA PETE'S) and FRANK LIBRETTA, jointly and severally, in the amount of Thirty Thousand Dollars and No Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated: __February 26__, 2025

_____
HON. JUDGE MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE